# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 24, 2020

159472

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KEVIN LYN BEVERLY,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159472
COA: 347051
Jackson CC: 17-005183-FH

On order of the Court, the application for leave to appeal the February 25, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 24, 2020



Clerk

t1116